# AFFIDAVIT OF PUBLICATION

*State of Nebraska* }
**LANCASTER COUNTY,** } ss.

**NOTICE OF COMMENCEMENT AND NOTICE OF ORDER OF RELIEF**
Please be advised that Sanitary and Improvement District Number 517 of Douglas County, Nebraska has filed a Voluntary Petition under Chapter 9 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of Nebraska on April 15, 2011. The case is docketed as Bankruptcy Proceeding No. 11-80953. On April 19, 2011 the Bankruptcy Court of the District of Nebraska issued a Notice of Commencement of Case Under Chapter 9, Notice of Automatic Stay, Notice of Time for Filing Resistances to the Petition, Order for Relief, Notice of Time for Filing Proofs of Claims, and Related Orders Combined with Notice Thereof.
Brian C. Doyle,
Attorney for the Debtor
Fullenkamp, Doyle & Jobeun
11440 West Center Road
Omaha, NE 68144
402-334-0700
#6528707 3t April 29, May 6, 13

The undersigned, being first duly sworn, deposes and says that she/he is a Clerk of the Lincoln Journal Star, legal newspaper printed, published and having a general circulation in the County of Lancaster and State of Nebraska, and that the attached printed notice was published in said newspaper _three_ successive time(s) the first insertion having been on the _29_ day of _April_ A.D., 20_11_ and thereafter on _May 6, 13_ , 20_11_ and that said newspaper is the legal newspaper under the statutes of the State of Nebraska. The above facts are within my personal knowledge and are further verified by my personal inspection of each notice in each of said issues.

_____

Subscribed in my presence and sworn to before me this _____ 16 _____

day of ____May____ , 20_11_

_____ **Notary Public**

Printer's Fee, $_____

GENERAL NOTARY-State of Nebraska
JANICE KRUEGER
My Comm. Exp. Jan. 30, 2013
GENERAL NOTARY-State of Nebraska
JANICE KRUEGER
My Comm. Exp. Jan. 30, 2013